AO 240  (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
## for the

RECEIVED

FILED                    SERVED ON
ENTERED _____ COUNSEL/PARTIES OF RECORD

MAY 18 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

_Keion M Hill_

_____
Plaintiff

v.

_State of Nevada Hwy Patrol_  _Christopher Darby_

_____
Defendant

Civil Action No. 2:23-cv-00780-CDS-NJK

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are:  $ ___0,000___ , and my take-home pay or wages are:  $ ___N/A___ per

*(specify pay period)* _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☐ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☐ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☐ No |
| (d) Disability, or worker's compensation payments | ☒ Yes | ☐ No |
| (e) Gifts, or inheritances | ☐ Yes | ☐ No |
| (f) Any other sources | ☐ Yes | ☐ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**I.     The Parties to This Complaint**

**A.     The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name            *Keion M Hill*

Address         *3700 E Bonanza Rd Apt 1204*

                *Las Vegas*          *NV.*        *89110*
                City                 State        Zip Code

County

Telephone Number    *725-289-7506*

E-Mail Address      *Kyonnc35@gmail.com*

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                     *Chirstopher Darcey*

Job or Title (if known)  *Hwy patrol officer*

Address                  *Nevada Hwy patrol Office*

                         *Las Vegas*      *NV*        *89118*
                         City             State       Zip Code

County

Telephone Number         *702-486-4100*

E-Mail Address (if known)

☐ Individual capacity      ☐ Official capacity

Defendant No. 2

Name                     *Nevada Hwy Patrol*

Job or Title (if known)

Address                  *4615 Sunset Rd. Las Vegas NV*

                         *Las Vegas*      *NV*        *89118*
                         City             State       Zip Code

County

Telephone Number         *702-486-4100*

E-Mail Address (if known)

☐ Individual capacity      ☐ Official capacity

Page 2 of 6

AO 240  (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4.  Amount of money that I have in cash or in a checking or savings account: $ ___0.00___.

5.  Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

N/A

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

N/A

7.  Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

J.B.  wife      50%
R.H   Daughter  20%
R.H   Daughter  15%
S.H   Son       15%

8.  Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

N/A

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____

_____
Applicant's signature

Keion M Hill
_____
Printed name

| Print | Save As... | Add Attachment | | Reset |