UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEION M. HILL,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>CHRISTOPHER DARCEY, et al.,<br><br>　　　　Defendant(s). | Case No. 2:23-cv-00780-CDS-NJK<br><br>REPORT AND RECOMMENDATION |

Plaintiff is proceeding in this action *pro se* and has requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. Docket No. 1. In an order issued concurrently herewith, the Court has granted the application to proceed *in forma pauperis* and has determined that Plaintiff has a colorable claim against Defendant Darcey sufficient to survive the screening process. The Court herein addresses Plaintiff's claim against the Nevada Highway Patrol.

Upon granting a plaintiff *in forma pauperis* status, courts must screen the complaint and dismiss claims for monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B)(iii). States, and arms of the states, are not considered "persons" for purposes of claims brought pursuant to 42 U.S.C. § 1983. *E.g.*, *Will v. Mich. Dept. of State Police*, 491 U.S. 58, 71 (1989). States, and arms of the states, are also immune from federal damages claims pursuant to the Eleventh Amendment of the United States Constitution. *E.g.*, *Franceschi v. Schwartz*, 57 F.3d 828, 831 (9th Cir. 1995). The Nevada Highway Patrol is an arm of the state of Nevada. *Meza v. Lee*, 669 F. Supp. 325, 328 (D. Nev. 1987). Accordingly, Plaintiff's damages claim against the Nevada Highway Patrol cannot proceed. Moreover, any amendment with respect to that claim would be futile.

Accordingly, the undersigned **RECOMMENDS** that the claim against the Nevada Highway Patrol be **DISMISSED** with prejudice.

Dated: May 22, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

### NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).