UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEION M. HILL,<br><br>      Plaintiff(s),<br><br>v.<br><br>CHRISTOPHER DARCEY,<br><br>      Defendant(s). | Case No. 2:23-cv-00780-CDS-NJK<br><br>**Order**<br><br>[Docket No. 15] |

Discovery plans must be filed jointly by the parties. Local Rule 26-1(a). Accordingly, Defendant's individual discovery plan (Docket No. 15) is **DENIED** without prejudice. The parties must file a joint discovery plan by September 6, 2023.[1]

IT IS SO ORDERED.

Dated: August 29, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The discovery plan indicates that Plaintiff declined to sign because he is hoping to hire an attorney. Docket No. 15 at 2. The Court has not stayed this case or provided any relief with respect to hiring an attorney, however, so Plaintiff must meet his litigation obligations and deadlines in the interim.

1