# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEION M. HILL,<br><br>      Plaintiff(s),<br><br>v.<br><br>CHRISTOPHER DARCEY,<br><br>      Defendant(s). | Case No. 2:23-cv-00780-CDS-NJK<br><br>**Report and Recommendation** |

Pending before the Court is an order for Plaintiff to show cause why this case should not be dismissed for failing to comply with the governing rules, failing to comply with the Court's orders, and failing to prosecute this case. Docket No. 20 at 2 (citing Fed. R. Civ. P. 16(f); Fed. R. Civ. P. 41(b); Local Rule IA 11-8). Plaintiff did not file a response.

Plaintiff failed to initiate the Rule 26(f) conference or participate in preparing a discovery plan. *See* Docket No. 15 at 2. As a result, the Court ordered the parties to jointly file a discovery plan by September 6, 2023. Docket No. 16. The Court therein expressly warned Plaintiff that he "must meet his litigation obligations and deadlines" despite his assertions that he was seeking attorney representation. *Id.* at 1 n.1. Nonetheless, Plaintiff continued to refuse to participate in formulating a discovery plan. *See* Docket No. 17 at 2. As a result, the Court set a hearing for October 16, 2023, making clear that "**Plaintiff is ordered to appear in person at this hearing**" and warning that "**[f]ailure to attend may result in the imposition of sanctions, up to and including dismissal**." Docket No. 18 (emphasis in original). Plaintiff failed to appear for the hearing. Docket No. 19. The Court then ordered Plaintiff to show cause why this case should not be dismissed. Docket No. 20. The Court warned that failing to respond to the order to show cause "**WILL RESULT IN A RECOMMENDATION THAT THE CASE BE DISMISSED.**" *Id.* at 2 (emphasis in original). Plaintiff did not respond to the order to show cause.

Plaintiff's failure to comply with the governing rules and the Court's orders is an abusive litigation practice that has interfered with the Court's ability to hear this case, delayed litigation, disrupted the Court's timely management of its docket, wasted judicial resources, and threatened the integrity of the Court's orders and the orderly administration of justice. Sanctions less drastic than dismissal are unavailable because Plaintiff has refused to comply with the rules and orders notwithstanding warnings that case-dispositive sanctions may be imposed. These circumstances warrant dismissal. Indeed, the record appears to show that Plaintiff has simply abandoned this case.

Accordingly, the undersigned **RECOMMENDS** that the case be **DISMISSED**.

Dated: November 2, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

**NOTICE**

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).